```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

AFLAC   INCORPORATED,   in   its  *
capacity  as  Plan  Sponsor   and
Administrator    of     AMERICAN  *
FAMILY  CORPORATION   RETIREMENT
PLAN FOR SENIOR OFFICCERS, and    *
AMERICAN     FAMILY    CORPORATION       CASE NO. 4-11-CV-81 (CDL)
RETIREMENT   PLAN   FOR   SENIOR  *
OFFICERS,
                                  *
     Plaintiffs,
                                  *
vs.
                                  *
SALVADOR   DIAZ-VERSON,  JR., and
PORTER    BRIDGE   LOAN   COMPANY,*
INC.,
                                  *
     Defendants.
```

## O R D E R

The Court entered an Order in this declaratory judgment and interpleader action filed by AFLAC Incorporated against Salvador Diaz-Verson, Jr. ("Diaz-Verson") and Porter Bridge Loan Company, Inc. ("Porter Bridge") on May 25, 2012, resolving all issues in this case. *AFLAC Inc. v. Diaz-Verson*, No. 4-11-CV-81(CDL), 2012 WL 1903904 (M.D. Ga. May 25, 2012). After entry of this Order and Judgment (ECF No. 102) in this case, Diaz-Verson filed a Motion to Amend Judgment (ECF No. 103). Diaz-Verson requests that the Court amend the Judgment to require the Clerk to release the funds held in the Court Registry to the Clerk of the Superior Court of Muscogee County, Georgia instead of Porter

Bridge and to postpone release of the funds until thirty days after the entry of Judgment on May 30, 2012.  Mot. to Amend J. 1, ECF No. 103.

The Court orders Porter Bridge to respond in writing within fourteen days of today's order to Diaz-Verson's contention that the funds being held in the Court's Registry should be disbursed to the Clerk of the Superior Court of Muscogee County.  The Court further orders AFLAC to continue, as it has been, making payments into the registry of the Court until further order of the Court.  The Court also directs the Clerk to delay disbursement of funds from the Registry until further order of the Court.

IT IS SO ORDERED, this 6th day of June, 2012.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE